UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JESSE BRAVO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:17-cv-02490-JRS-TAB |
| | ) |
| FRANCISCAN ALLIANCE, INC, | ) |
| | ) |
| Defendant. | ) |

**Judgment**

This action is dismissed with prejudice under Federal Rule of Civil Procedure 41 for failure to prosecute.

Date: 1/29/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution via ECF to all registered counsel

Distribution by U.S. Mail to:

JESSE BRAVO
6710 Breckenridge Drive
Indianapolis, IN 46236